# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GREGORY BOLDEN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-574-Orl-31DAB**

**UNITED FORMING, INC.,**

        **Defendant.**

_____

## ORDER

Upon consideration of Magistrate Judge Baker's Report and Recommendation (Doc. 27), it is

**ORDERED** that the Report and Recommendation is CONFIRMED, and the Joint Motion to Approve Settlement (Doc. 27) is GRANTED. The Court reserves jurisdiction to determine a reasonable attorney's fee for Plaintiff's counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 4, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE